IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH ROGNET WALTON, #284261, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 3:13cv-831-WHA |
| ) | |
| WILLIE THOMAS, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #16), entered on January 29, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED. This case is DISMISSED with prejudice because the petition is time-barred by the one-year limitation period contained in 28 U.S.C. § 2244(d). Final Judgment will be entered accordingly.

DONE this 8th day of March, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE